# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

GARY LEON WEBSTER
ADC #114018                                                              PLAINTIFF

v.                              No. 3:20-cv-48-DPM

JAMES CONRAD, Manager,
Jonesboro Wal-Mart                                                       DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

12 February 2020